**Cassius M. CLAY, Sr., Appellant**

v.

**Raymond SOBINA, John Andrade, P.R.C. Committee at S.C.I. Forest, Timothy I. Mark, PA D.O.C. et al., Appellees.**

Supreme Court of Pennsylvania.

July 21, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of July, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**